

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00149-CV

HAI THANH NGUYEN, Appellant § On Appeal from County Court at Law No. 1

§ of Tarrant County (2025-002132-1)

V.

§ May 15, 2025

GREG LEWIS MCGILL, Appellee § Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr